UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERVIN MIDDLETON,<br><br>                      Plaintiff,<br>v.<br><br>FIRST PREMIER BANK,<br><br>                      Defendant. | Case No. 2:13-cv-01344-MMD-GWF<br><br>ORDER<br><br>(Def.'s Motion to Dismiss – dkt. no. 15) |

On February 25, 2014, the Court granted Defendant First Premier Bank's ("First Premier") Motion to Dismiss. (Dkt. no. 13.) The Court allowed Plaintiff the opportunity to file an Amended Complaint within thirty (30) days of that order. Plaintiff did not do so. On April 8, 2014, First Premier filed a Motion for Involuntary Dismissal of Plaintiff's Action (dkt. no. 15) and on June 24, 2014, First Premier filed a Notice of Non-Opposition (dkt. no. 19), noting that Plaintiff had not filed an opposition.

Because Plaintiff has failed to file an amended complaint within thirty (30) days of the Court's February 25, 2014, Order (dkt. no. 13), First Premier Bank's Motion for Involuntary Dismissal of Plaintiff's Action (dkt. no. 15) is granted and this case is dismissed.

The Clerk is directed to close this case.

DATED THIS 3rd day of July 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE